[No. 59039-1-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RAY ANTHONY MURRAY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-02411-3, Andrea A. Darvas, J., entered October 9, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59046-4-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS OSBOURNE MARSHALL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-11119-1, Palmer Robinson, J., entered October 31, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59069-3-I.   Division.One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-04207-3, Michael Heavey, J., entered October 23, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 59104-5-I.   Division One.   March 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY BROOKS, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-1-01763-8, Ira Uhrig, J., entered October 18, 2006. *Affirmed* by unpublished per curiam opinion.